IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRISTIE WEBER, Individually and
on Behalf of Others Similarly Situated            PLAINTIFF

v.                    No. 3:18-cv-150-DPM

FOWLER FOODS, INC.; WALLACE
FOWLER; and CHRIS FOWLER                      DEFENDANTS

## ORDER

I've been friends with the Fowler family for many years. My impartiality in this case could therefore reasonably be questioned. 28 U.S.C. § 455(a). I recuse. The Clerk must reassign this case at random by chip exchange.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

23 August 2018