# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**KRISTIE WEBER**                                                                 **PLAINTIFF**

**V.**                              **3:18CV00150 JM**

**FOWLER FOODS, INC., et al**                                              **DEFENDANTS**

## ORDER

After review of the Defendants' Motion to Dismiss, Plaintiff's Response, and Defendants' Reply.  The Court finds that the Motion to Dismiss should be converted to a Motion for Summary Judgment under Federal Rule of Civil Procedure 12(d).

If the parties have an objection to the conversion of this motion to a summary judgment motion, please file a response citing authority for your objection by Monday, November 5, 2018.  Otherwise, you may submit any supplemental material in support of your Motion or Response on or before December 3, 2018.

IT IS SO ORDERED this 30th day of October 2018.

_____
James M. Moody Jr.
United States District Judge