# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**KRISTIE WEBER, individually and**
**on behalf of others similarly situated**                                    **PLAINTIFF**

**V.**                                **3:18CV00150 JM**

**FOWLER FOODS INC., CHRIS FOWLER, and**
**SOUTHWEST ARKANSAS FOODS INC.**                                    **DEFENDANTS**

## ORDER

Pending is the Defendants' Motion to Clarify. The Plaintiff is directed to file a brief addressing whether the Court has jurisdiction over putative class members located in Tennessee, Mississippi, Florida, and Illinois, including citations of authority. The brief should be filed on or before Friday, April 19, 2019.

IT IS SO ORDERED this 11th day of April, 2019.

_____
James M. Moody Jr
United States District Judge