# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

KRISTIE WEBER                                                          PLAINTIFF

V.                                3:18CV00150 JM

FOWLER FOODS, INC., et al                              DEFENDANTS

## **ORDER**

On March 14, 2019 the Court conditionally certified the following class pursuant to 29 U.S.C. § 216(b):

> All Fowler Foods and/or Southwest Arkansas Foods hourly-paid employees and/or Assistant Managers at any time since August 13, 2015.

Defendants were granted twenty-one (21) days to provide to Plaintiff the names and addresses of all persons who were employed by the Defendants as hourly-paid employees and/or salaried Assistant Managers during the specified time period.

Two weeks later, Defendants filed a notice stating that they had submitted the employees' names and addresses to Plaintiff's counsel. However, Defendants supplied only the names and addresses of Southwest Arkansas Foods, Inc. employees, not employees of Fowler Foods. Six days later Defendants filed a motion asking the Court to clarify the March 14, 2019 Order. Defendants contend that they complied with the Court's Order. Plaintiff disagrees. Plaintiff argues that the Court ordered the Defendants to provide the names and addresses of all employees who worked for Defendant Southwest Arkansas Foods and employees who worked for Fowler Foods. According to Plaintiff, this includes employees located in Arkansas and surrounding states.

The Court has reviewed the First Amended and Substituted Complaint and all pleadings filed subsequently. Plaintiff did not seek certification of a nationwide or regional class. The Court did not

consider or intend to certify a class which included employees of the Defendants outside the State of Arkansas. There was no factual basis to do so because Plaintiff did not provide any evidence demonstrating that he and proposed class members from other states are similarly situated. Plaintiff did not work for the Defendants in any other state. Plaintiff did not provide an affidavit from any employee of Defendants in other states. *See Buford v. Superior Energy Serv's, LLC,* 2018 WL 6441097 (E.D. Ark. June 1, 2018). To clarify, Defendants are directed to provide the names and addresses of all hourly-paid and/or Assistant Managers of Fowler Foods, Inc., Southwest Arkansas Foods, or both entities, within the State of Arkansas at any time since August 13, 2015.

Plaintiff has also requested a deadline extension of 180 days in this case. The Final Scheduling Order filed on December 17, 2018, sets a discovery deadline of May 13, 2019. Defendants object to an extension because Plaintiff has not shown good cause for the extension. The Court agrees. The discovery deadline will not be extended in this case. If Plaintiff has been unable to ascertain the names and addresses of putative Fowler Foods employee class members, Plaintiff may file another motion for extension of time as to these employees only. Discovery should be complete otherwise.

In conclusion, Defendants' Motion to Clarify (ECF No. 34) is GRANTED to the extent that the Court has clarified the March 14, 2019 Order. Plaintiff's Motion to Strike the Reply (ECF No. 38) is DENIED and Motion to Amend the Scheduling Order (ECF No. 54) is DENIED.

IT IS SO ORDERED this 14th day of May, 2019.

James M. Moody Jr.
United States District Judge