IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRISTIE WEBER, Individually and on PLAINTIFF
Behalf of Others Similarly Situated

v. NO. 3:18-cv-00150 JM

FOWLER FOODS, INC., SOUTHWEST DEFENDANTS
ARKANSAS FOODS, INC., and CHRIS FOWLER

## ORDER

The final scheduling order set this matter for jury trial sometime during the week of August 19, 2019 in Jonesboro, Arkansas. The Court has determined that the jury trial will begin at **9:30 A.M., on TUESDAY, AUGUST 20, 2019**, in Courtroom #324, United States Courthouse, 615 South Main Street, Jonesboro, Arkansas. Counsel and parties should be present by 8:30 A.M.

IT IS SO ORDERED this 6th of August, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE