IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**KRISTIE WEBER**     **PLAINTIFF**

v.     Case No. 3:18-cv-00150 JM

**FOWLER FOODS, INC. SOUTHWEST**     **DEFENDANTS**
**ARKANSAS FOODS, INC., and CHRIS FOWLER**

### ORDER

The Court has been advised that the parties have reached an agreement in this case. The jury trial scheduled for August 20, 2019, is cancelled and this case is removed from the trial docket.

IT IS SO ORDERED this 12th day of August, 2019.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE